# EXHIBIT 1

E-FILED IN OFFICE - MM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
26-A-01229-10
2/10/2026 1:38 PM
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

## Katherine Brown

PLAINTIFF

26-A-01229-10

CIVIL ACTION
NUMBER:_____

VS.

## CarMax Auto Superstores Inc

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Matt Gebhardt
235 Peachtree St NE, Suite 400
Atlanta, GA 30303**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of ____11th day of February, 2026____, 20____.

Tiana P. Garner

~~Richard T. Alexander, Jr.,~~
Clerk of Superior Court

By_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011