# EXHIBIT 3

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 26-A-01229-10

Superior Court ☒    Magistrate Court ☐
State Court ☐    Probate Court ☐
Juvenile Court ☐

Date Filed February 11, 2026

Georgia, Gwinnett_____ COUNTY

Attorney's Address

Matthew Gebhardt

235 Peachtree St NE, Suite 400

Atlanta, GA 30303

Katherine Brown
_____
Plaintiff

VS.

Name and Address of Party to Served

Corporation Service Company

2 Sun Court, Suite 400

Peachtree Corners, GA 30092

CarMax Auto Superstores, Inc

_____
Defendant

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☑ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

_____

DEPUTY

**CLERK'S COPY**