# EXHIBIT 4

Print Form

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 26-A-01229-10

| | |
|---|---|
| Superior Court ☒ | Magistrate Court ☐ |
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed February 11, 2026

Georgia, __Gwinnett__ COUNTY

Attorney's Address

Matthew Gebhardt

235 Peachtree St NE, Suite 400

Atlanta, GA 30303

Katherine Brown
_____
                    Plaintiff

VS.

Name and Address of Party to Served

Corporation Service Company

2 Sun Court, Suite 400

Peachtree Corners, GA 30092

CarMax Auto Superstores, Inc

_____
                    Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant __*Carmax Auto Superstores, Inc.*_____ a corporation
☒ by leaving a copy of the within action and summons with __*Alisha Smith*__
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This __20__ day of __February__, 20 __26__

DEPUTY

CLERK'S COPY

Printed: 2/18/2026  2:06:01PM
By: alewis

Servee Count 1 of 1

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**    26005832

**Person Served:**    CARMAX AUTO SUPERSTORES INC
2 SUN COURT, SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

Date Received:    02/18/2026

Assigned Zone:    2 Sun Court                    Court Case #:    26-A-01229-10

Expiration Date:                                 Hearing Date:

Paper Types:    COMPLAINT AND JURY DEMAND

Notes/Alerts:

**Notes:**