# EXHIBIT 5

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 01/09/2026 06:43:20

## BUSINESS INFORMATION

**BUSINESS NAME** : CARMAX AUTO SUPERSTORES, INC.

**CONTROL NUMBER** : K214066

**BUSINESS TYPE** : Foreign Profit Corporation

**JURISDICTION** : Virginia

**ANNUAL REGISTRATION PERIOD** : 2026

## BUSINESS INFORMATION CURRENTLY ON FILE

**PRINCIPAL OFFICE ADDRESS** : 12800 Tuckahoe Creek Parkway, Richmond, VA, 23238, USA

**REGISTERED AGENT NAME** : Corporation Service Company

**REGISTERED OFFICE ADDRESS** : 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA

**REGISTERED OFFICE COUNTY** : Gwinnett

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Enrique Mayor-Mora Mayor-Mora | CFO | 12800 Tuckahoe Creek Parkway, RICHMOND, VA, 23238, USA |
| John M. Stuckey, III | Secretary | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |
| WILLIAM D NASH | CEO | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

**PRINCIPAL OFFICE ADDRESS** : 12800 Tuckahoe Creek Parkway, Richmond, VA, 23238, USA

**REGISTERED AGENT NAME** : Corporation Service Company

**REGISTERED OFFICE ADDRESS** : 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA

**REGISTERED OFFICE COUNTY** : Gwinnett

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Greg Dostich | CFO | 12800 Tuckahoe Creek Parkway, RICHMOND, VA, 23238, USA |
| John M. Stuckey, III | Secretary | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |
| C. Joseph Wilson | CEO | 12800 TUCKAHOE CREEK PKWY, RICHMOND, VA, 23238, USA |

## AUTHORIZER INFORMATION

**AUTHORIZER SIGNATURE** : Jill A. Livesay

**AUTHORIZER TITLE** : Authorized Person