# EXHIBIT 6

**KATHERINE BROWN**
7107 MAGNOLIA POINT BLVD
DULUTH GA 30096
6786706869
BROWNKATHERINE108@GMAIL.COM

Received
SEP  2 2025
Legal Dept.

26th AUGUST 2025

CarMax Legal Department

12800 Tuckahoe Creek Parkway

Richmond, VA 23238

Re: Formal Demand for Compensation — Wrongful Arrest and Damages

Dear CarMax Legal Department,

I am writing to formally notify CarMax of serious damages caused by actions taken by your company, which resulted in my wrongful arrest on October 3, 2024, in Henry County, Georgia.

According to information provided by CarMax to the Henry County Police Department, I was accused of identity theft. This accusation was false. I have obtained a letter from the Social Security Administration (SSA) confirming that in 1997, they mistakenly attached another individual's personal information to my Social Security number. SSA's admitted error contributed directly to my wrongful arrest.

As a direct result of CarMax's actions, I have suffered substantial damages, including:

- Economic loss: $9,000 in lost income/contracts.
- Emotional distress: Humiliation, anxiety, and reputational harm.
- Family hardship: Disruption in care and support for my 4-year-old child.
- Legal costs incurred defending myself.

My case was ultimately dismissed in August 2025, confirming that the charges were without merit. Nevertheless, CarMax's report to law enforcement caused significant and ongoing harm.

To resolve this matter amicably, I am requesting that CarMax:

1. Provide a formal written acknowledgment clearing my name and reputation.
2. Correct any internal records reflecting the false report.
3. Compensate me in the amount of $300,000 for economic and non-economic damages, including emotional and family hardship.

Please consider this letter a formal demand. If I do not receive a response within 14 days of receipt, I will pursue all available legal remedies, including claims for defamation, negligence, and malicious prosecution.

I urge CarMax to take this matter seriously and respond promptly to resolve this dispute without litigation.

Sincerely,

[KATHERINE BROWN]

**Your Name**

Received

SEP   2 2025

Legal Dept.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Georgia, Civil Action File No. 26-A-01229-10) |

## <u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>

This is to certify that on this date, I electronically filed the foregoing

*Defendant CarMax Auto Superstores, Inc.'s Notice of Removal to the United States*

*District Court for the Northern District Georgia, Atlanta Division* with the Clerk

of Court using the CM/ECF system, which will automatically send email

notification of such filing, and I sent a copy of same via statutory electronic service

as well as mailed the same by United States Postal Service via first class mail in a

properly addressed envelope with adequate postage thereon to the following:

Matthew Gebhardt, Esq.
GEBHARDT LAW FIRM, LLC
235 Peachtree St NE, Suite 400
Atlanta, Georgia 30303
matt@gebhardtlawfirm.com

This 19th day of March, 2026.

*/s/ Sean E. Boyd*
Sean E. Boyd

Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com