IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Georgia, Civil Action File No. 26-A-01229-10) |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT CARMAX AUTO SUPERSTORES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, defendant CarMax Auto Superstores, Inc. hereby submits this Certificate of Interested Persons and Corporate Disclosure statement, showing as follows:

1.     The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. **Katherine Brown, and**

    b. **CarMax Auto Superstores, Inc.**

2.     The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a. **None.**

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a.  **For plaintiff:**    **Matthew Gebhardt, Esq.**
                                     **GEBHARDT LAW FIRM, LLC**
                                     **235 Peachtree St NE, Suite 400**
                                     **Atlanta, Georgia 30303**
                                     **matt@gebhardtlawfirm.com**

    b.  **For defendant:**    **John L. McKinley, Jr.**
                                       **Sean E. Boyd, Esq.**
                                     **MOZLEY, FINLAYSON & LOGGINS LLP**
                                     **1050 Crown Pointe Parkway, Suite 1500**
                                     **Atlanta, Georgia 30338-7704**
                                     **jmckinley@mfllaw.com**
                                     **sboyd@mfllaw.com**

4.    The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    a. **CarMax Auto Superstores, Inc. is incorporated in the Commonwealth of Virginia and has its principal place of business**

**in the Commonwealth of Virginia.**

This 19th day of March, 2026.

/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br><br>(Removed from the Superior Court of Gwinnett County, Georgia, Civil Action File No. 26-A-01229-10) |

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

This is to certify that on this date, I electronically filed the foregoing

*Certificate of Interested Persons and Corporate Disclosure Statement of Defendant*

*CarMax Auto Superstores, Inc.* with the Clerk of Court using the CM/ECF system,

which will automatically send email notification of such filing, and I sent a copy of

same via statutory electronic service as well as mailed the same by United States

Postal Service via first class mail in a properly addressed envelope with adequate

postage thereon to the following:

Matthew Gebhardt, Esq.
GEBHARDT LAW FIRM, LLC
235 Peachtree St NE, Suite 400
Atlanta, Georgia 30303
matt@gebhardtlawfirm.com

This 19th day of March, 2026.

/s/ Sean E. Boyd
Sean E. Boyd

Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com