IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHERINE BROWN,

    Plaintiff,

vs.

CARMAX AUTO SUPERSTORES, INC.,

    Defendant.

CIVIL ACTION FILE
NO.: 1:26-cv-01513-SEG

## **NOTICE OF SETTLEMENT**

COME NOW plaintiff KATHERINE BROWN and defendant CARMAX AUTO SUPERSTORES, INC., and hereby notify this Court that the parties have reached a settlement agreement for all claims that have or could have been asserted in this action.  In light of this settlement agreement, the parties respectfully request that any obligations to the Court be stayed while the parties finalize settlement papers, at which time the parties will file a stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41.  The parties anticipate that such stipulation can be filed within thirty (30) days.

This 23rd day of April, 2026.

/s/ Matthew Gebhardt
Matthew Gebhardt
Georgia Bar No. 812697
(*signed with express permission by Sean E. Boyd, Georgia Bar No. 302874*)

-2-

Attorney for Plaintiff

GEBHARDT LAW FIRM, LLC
235 Peachtree St NE, Suite 400
Atlanta, Georgia 30303
(404) 998-2234 (telephone)
(888) 248-0767 (facsimile)
matt@gebhardtlawfirm.com

/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for Defendant
CarMax Auto Superstores, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHERINE BROWN,

    Plaintiff,

  vs.

CARMAX AUTO SUPERSTORES, INC.,

    Defendant.

CIVIL ACTION FILE
NO.: 1:26-cv-01513-SEG

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

This is to certify that on this date, I electronically filed the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record, and I sent a copy of same via statutory electronic service to the following:

Matthew Gebhardt, Esq.
GEBHARDT LAW FIRM, LLC
235 Peachtree St NE, Suite 400
Atlanta, Georgia 30303
matt@gebhardtlawfirm.com

Pursuant to Local Rule 5.1, NDGa., the foregoing Notice is prepared in Times New Roman, 14 point.

This 23rd day of April, 2026.

/s/ Sean E. Boyd
Sean E. Boyd
Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com