IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHERINE BROWN,

        Plaintiff,

    vs.

CARMAX AUTO SUPERSTORES, INC.,

        Defendant.

CIVIL ACTION FILE
NO.: 1:26-cv-01513-SEG

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff KATHERINE BROWN and defendant CARMAX AUTO SUPERSTORES, INC. hereby stipulate and agree to dismiss the above-captioned action WITH PREJUDICE.  Each party is responsible for and shall bear her/its own costs and attorney's fees.

This 29th day of May, 2026.

                */s/ Matthew Gebhardt*
                Matthew Gebhardt
                Georgia Bar No. 812697
                (*signed with express permission by Sean E. Boyd, Georgia Bar No. 302874*)

                Attorney for Plaintiff

GEBHARDT LAW FIRM, LLC
235 Peachtree St NE, Suite 400
Atlanta, Georgia 30303
(404) 998-2234 (telephone)

(888) 248-0767 (facsimile)
matt@gebhardtlawfirm.com


/s/ Sean E. Boyd
John L. McKinley, Jr.
Georgia Bar No. 495513
Sean E. Boyd
Georgia Bar No. 302874

Attorneys for Defendant
CarMax Auto Superstores, Inc.


MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
sboyd@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br>NO.: 1:26-cv-01513-SEG |

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

This is to certify that on this date, I electronically filed the foregoing

*Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF

system, which will automatically send an email notification of such filing to all

counsel of record, and I sent a copy of same via statutory electronic service to the

following:

Matthew Gebhardt, Esq.
GEBHARDT LAW FIRM, LLC
235 Peachtree St NE, Suite 400
Atlanta, Georgia 30303
matt@gebhardtlawfirm.com

Pursuant to Local Rule 5.1, NDGa., the foregoing Dismissal is prepared in

Times New Roman, 14 point.

This 29th day of May, 2026.

/s/ Sean E. Boyd
Sean E. Boyd
Georgia Bar No. 302874

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, Georgia 30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
sboyd@mfllaw.com